IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50493
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN BONNER,

Defendant-Appellant.

-------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CV-27
USDC No. EP-90-CR-86-11
-------------------

September 23, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5th Cir. R. 47.6

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.